IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-40359
Conference Calendar
_____

KENNETH G. THOMPSON, JR.,

Plaintiff-Appellant,

versus

JAMES A. COLLINS, DIRECTOR,
TEXAS DEPARTMENT OF CRIMINAL
JUSTICE, INSTITUTIONAL DIVISION; ET AL.,

Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. G-93-CV-63
- - - - - - - - - -

June 15, 1999

Before EMILIO M. GARZA, BENAVIDES, and PARKER, Circuit Judges.

PER CURIAM:[*]

Kenneth G. Thompson, Jr., Texas state prisoner #428236, appeals from the district court's dismissal of his civil rights suit as frivolous pursuant to 28 U.S.C. § 1915(e). He argues that the defendants denied him access to the courts and retaliated against him for his prison litigation activities and that the district court abused its discretion by refusing to

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

exercise its supplemental jurisdiction over his state law claims.

We have reviewed the record and find no reversible error. Accordingly, the judgment is AFFIRMED for essentially the reasons stated and accepted by the district court.  See <u>Thompson v. Collins</u>, No. G-93-63 (S.D. Tex. May 27, 1997).

AFFIRMED.